*Marilyn Maffucci Miller,* pro se, in support of the petition.

*Benjamin T. Staskiewicz,* in opposition.

Decided April 20, 2011

---

STATE OF CONNECTICUT *v.* HENRY G. ROBINSON

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 1 (AC 31023), is denied.

PALMER, J., did not participate in the consideration of or decision on this petition.

*Elizabeth M. Inkster,* senior assistant public defender, and *Andrea Finan,* certified legal intern, in support of the petition.

*Nancy L. Walker*, special deputy assistant state's attorney, in opposition.

Decided April 20, 2011